# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**GLORIA MOORE,**    **CASE NO.   3:12-cv-226**

   Plaintiff,    **Judge Timothy S. Black**

  **-vs-**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

  Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]    **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **NOT SUPPORTED BY SUSBATANTIAL EVIDENCE,** and is **REVERSED** and is **REMANDED** to the ALJ for an immediate award of benefits; and that the case is **CLOSED** from the docket of the Court.

Date: August 26, 2013    **JOHN P. HEHMAN, CLERK**

                                                         By: *s/ M. Rogers*
                                                         Deputy Clerk